PATRICIA L. McCABE, CSBN 156634
KRISTIN E. BERK, CSBN 275840
Law Offices of Patricia L. McCabe
7100 Hayvenhurst Avenue, Suite 314
Van Nuys, CA 91406
Telephone: (818) 907-9726
Facsimile: (818) 907-6384
E-mail: patricia@mccabedisabilitylaw.com

Attorneys for Plaintiff,
STACY LYNN FISCHETTO

JS-6

# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| STACY LYNN FISCHETTO<br><br>Plaintiff,<br><br>vs.<br><br>ANDREW M. SAUL[1],<br>Commissioner, Social Security<br><br>Defendant. | Case No. 2:18-CV-09962-JEM<br><br>ORDER ON STIPULATION TO DISMISSAL WITHOUT PREJUDICE<br><br>Judge: John E. McDermott |

Based upon the parties' Stipulation, IT IS HEREBY ORDERED that this matter is DISMISSED without prejudice, with each side to bear their own costs and attorney's fees, including but not limited to any attorney's fees which may be due under the Equal Access to Justice Act.

Dated: June 28, 2019

_____
JOHN E. McDERMOTT
United States Magistrate Judge

---

[1] Andrew M. Saul became Commissioner of Social Security on June 17, 2019. Pursuant to FRCP Rule 25(d), Andrew M. Saul should be substituted for Acting Commissioner Nancy A. Berryhill as the defendant in this suit. No further action needs to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).